COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

NO. 02‑07‑164‑CV


 

RELIANT AMERICAN GROUP, INC., ET AL.                            APPELLANTS

 

V.

 

LINCOLN GENERAL INSURANCE
COMPANY                                APPELLEE 

 

‑‑‑‑‑‑‑‑‑‑‑‑

 

FROM THE 352ND DISTRICT
COURT OF TARRANT COUNTY

 

‑‑‑‑‑‑‑‑‑‑‑‑

AND

 

NO. 02‑07‑252‑CV

 

IN RE RELIANT AMERICAN 

GROUP, INC., JOSEPH D. 

MACCHIA, NORMAN ALBERIGO,


HERBERT D. AGEE, BRIGITTE


DOYLE AND MARK E.
PETTICREW         

‑‑‑‑‑‑‑‑‑‑‑‑

 

ORIGINAL PROCEEDING

 

‑‑‑‑‑‑‑‑‑‑‑‑

 

                  MEMORANDUM OPINION[1]
AND JUDGMENT

 

                                              ‑‑‑‑‑‑‑‑‑‑‑‑








We have considered appellants/relators= AMotion
To Dismiss Interlocutory Appeal And Petition For Writ Of Mandamus.@  It is the court=s
opinion that the 

 

 

motion should be granted; therefore, we dismiss this consolidated interlocutory
appeal and original proceeding.  See
TEX. R. APP. P. 42.1(a)(1), 43.2(f), 52.8(d).

Costs of the appeal shall be paid by
appellants/relators=, for which let execution
issue.  See Tex. R. App. P. 43.4.

PER CURIAM

PANEL D:  HOLMAN, GARDNER, and MCCOY, JJ.  

 

DELIVERED:  November 8, 2007











[1]See Tex. R. App. P. 47.4.